UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TRACY LYNN NORWOOD, ) | |
| ) | Case No. 1:22-cv-80 |
| *Petitioner*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| WARDEN JOHN YATES, ) | |
| ) | |
| *Respondent*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the Delta Division of the United States District Court for the Eastern District of Arkansas and to close this Court's file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT